UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUSTINO SANTA,

    Petitioner,

v.                                 CASE NO. 07-80119-CV-GONZALEZ
                                             (95-8083-CR-GONZALEZ)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

**THIS MATTER** has come before the Court upon Petitioner's Motion for Certificate of Appealability [DE 28] and Motion to Proceed In Forma Pauperis [DE 33].

A Certificate of Appealability shall not issue unless the Court finds upon one or more specific issues that Petitioner has made a substantial showing of the denial of a constitutional right. Petitioner's previous Motion to Vacate was denied on March 23, 2007 (DE# 790).

The Court finds that jurists of reason would not find it debatable whether the Petition states a valid claim of the denial of a constitutional right. See Slack v. McDaniel, 529 U.S. 476, 480 (2000). The Court further finds that jurists of reason would not find it debatable whether the district court was correct in its procedural ruling. See Id. Having reviewed the requests and the record of this action, and being otherwise duly advised, it is hereby ORDERED and ADJUDGED:

1) Petitioner's Motions for Extension of Time [DE 29 and 30] are **GRANTED**. The Motion for Certificate of Appealability and Motion to Proceed In Forma Pauperis are deemed timely filed.

2) Since the petitioner has failed to demonstrate the denial of a constitutional right, Motion for a Certificate of Appealability [DE 28] is **DENIED**.

3) Motion for Leave to Appeal In Forma Pauperis [DE 33] is **DENIED**. The defendant has not made a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 29TH day of September 2008.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE